154 A.3d 683

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. THEODORE BROWN, JR., DEFENDANT-
PETITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001237-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 684

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JONATHAN A. BLACK, DEFENDANT-PETITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003608-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.